No. 87–1968. BELLO ET AL. v. WALKER ET AL. C. A. 3d Cir. Motion of Pacific Legal Foundation for leave to file a brief as

*amicus curiae* granted.    Certiorari denied.